IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN SAIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| *v.* | ) Case No. 4:18-cv-04412 |
| | ) |
| BRYAN COLLIER, *et al*, | ) |
| | ) |
| Defendants, | ) |
| | ) |

EXHIBITS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT ON BEHALF OF
DEFENDANTS BRYAN COLLIER, JAMES MCKEE, AND
THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE

| Exhibit | Description |
|---|---|
| Exhibit A | Three Year Plan: including Administrative Directive 10.64, Excessive and Extreme Temperature Conditions in the TDCJ and 2018 Seasonal Preparedness Directive, with Affidavit from Jason Clark |
| Exhibit B | Expert Report of Dr. Dean Rieger |
| Exhibit C | Offender Heat Sensitivity Scores, includes heat sensitivity scores with affidavits for John Sain, David Cummings, Phillip Gullet, Thyee McGruder, Jerry Smith, David Wilson, Eugene Boston, Salvador Capuchino, and Jesse Snearly |
| Exhibit D | Affidavit Regarding Heat Related Illnesses at Luther Unit |
| Exhibit E | Affidavit Regarding Offender Population at Luther Unit |
| Exhibit F | 2019 Seasonal Preparedness Directive, with business records affidavit |
| Exhibit G | Affidavit of Fernando Fuster |
| Exhibit H | Affidavit of Warden McKee |
| Exhibit I | Luther Unit Orientation Handbook, with business records affidavit |

1

| | |
|---|---|
| Exhibit J | Officer Heat Training Video [DVD of video submitted to the Court by mail] |
| Exhibit K | Offender Heat Training Video in English and Spanish [DVD of video submitted to the Court by mail] |
| Exhibit L | 2016 Employee and Offender Heat Training Acknowledgments, with business records affidavit, protected information redacted |
| Exhibit M | 2017 Employee and Offender Heat Training Acknowledgments, with business records affidavit, protected information redacted |
| Exhibit N | 2018 Employee and Offender Heat Training Acknowledgments, with business records affidavit, protected information redacted |
| Exhibit O | Carry-On-Person Heat Card |
| Exhibit P | Photos of the O.L. Luther Unit with Affidavit of Crystal Brantley |
| Exhibit Q | I-204 Offender Flyer, with business records affidavit |
| Exhibit R | O.L. Luther Unit Excessive Heat Checklist for 2018, with business records affidavit |
| Exhibit S | AD-02.15 "Operations of Emergency Action Center and Reporting Procedures for Serious or Unusual Incidents," with business records affidavit |
| Exhibit T | Correctional Managed Health Care Policy A -08.4 Medical and Mental Health Classification, with business records affidavit |
| Exhibit U | Correctional Managed Health Care Policy A -08.4 Medical and Mental Health Classification Attachment A, with business records affidavit |
| Exhibit V | Correctional Managed Health Care Policy D-27.2 Heat Stress, with business records affidavit |
| Exhibit W | Correctional Managed Health Care Policy D-27.3 Photo Sensitivity, with business records affidavit |
| Exhibit X | Affidavit of Shawn Pinney Regarding Transport Vehicles |
| Exhibit Y | Luther Electrolyte Sale Summary |
| Exhibit Z | Affidavit of Kevin Grizzle regarding power at the Luther Unit with O.L. Luther Unit Incident Management Plan Utility Failure Checklist |
| Exhibit AA | Affidavit Regarding Luther Unit Generator List |
| Exhibit BB | Emergency Action Center Records for I-08076-05-16, with business records affidavit |
| Exhibit CC | Emergency Action Center Records for I20958-12-18, with business records affidavit |
| Exhibit DD | Luther Unit Maintenance Work Orders, with business records affidavits |
| Exhibit EE | Inter-Office Communication to Luther Unit Staff and Offenders regarding Respite Areas, dated May 17, 2018, with business records affidavit |
| Exhibit FF | Estimated Cost to Install Air-Conditioning at the Pack Unit with business records affidavit |

| Exhibit GG | Estimated Cost to Maintain Air-Conditioning at the Pack Unit, with business records affidavit |
| --- | --- |
| Exhibit HH | Offender Orientation Handbook, with business records affidavit |
| Exhibit II | Affidavit from Vickie Barrow that there are No Offender Grievance Records for Eugene Boston |
| Exhibit JJ | Affidavit from Vickie Barrow that there are No Offender Grievance Records for Jesse Snearly |
| Exhibit KK | Affidavit from Vickie Barrow that there are No Offender Grievance Records for Jerry Smith |

## Exhibits Filed Under Seal

Defendants have moved to file the following documents under seal as they contain sensitive and confidential medical information and information that may present a security risk to the named plaintiffs, so the information should not be made part of the public record. These documents will only be released to the Plaintiffs who have a right of access to such documents.

| Exhibit | Description |
| --- | --- |
| Exhibit LL | Affidavit of Debra Gibbs Regarding Transferred Offenders |
| Exhibit MM | Autopsy Report for Inmate C. |
| Exhibit NN | Relevant Medical Records for Inmate C., with business records affidavit |
| Exhibit OO | Luther Unit Heat Related Illnesses for 2016-2018, with business records affidavit |
| Exhibit PP | Relevant Medical Records of John Sain, with business records affidavit |
| Exhibit QQ | Relevant Medical Records of David Cummings with business records affidavit |
| Exhibit RR | Relevant Medical Records of Thyee McGruder, with business records affidavit |
| Exhibit SS | Relevant Medical Records of Salvador Capuchino, with business records affidavit |
| Exhibit TT | Offender Grievance Records for John Sain, with business records affidavit |
| Exhibit UU | Offender Grievance Records for Salvador Capuchino, with business records affidavit |
| Exhibit V V | Offender Grievance Records for Thyee McGruder, with business records affidavit |