UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 27 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JOHN SAIN, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-04412 |
| | § | |
| v. | § | |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' MOTION REQUESTING LEAVE OF COURT TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE JUDGE OF SAID COURT…

Now comes the above-named Plaintiffs' in the above styled and numbered civil action, each in their individual capacity and as a Class, pursuant to 28 U.S.C. § 1915 Requesting Leave of The Court to Proceed In Forma Pauperis.

This is a suit brought by Texas State Inmates against the Director of The Texas Department of Criminal Justice (TDCJ) and all named Defendants under 28 U.S.C. § 1983. The Plaintiffs have filed a complaint redressing TDCJ's cruel and unusual punishment of inmates, specifically TDCJ's gross indifference to the extreme heat conditions which exist in the inmate housing, work, program, and service areas. The Plaintiffs have filed a complaint seeking declaratory and injunctive relief. Doc. 2.5

Plaintiffs, upon filing this suit November 20, 2018, organized the funds to pay the filing fee in full. This one-time event was accomplished through the gift of a Plaintiffs relative. The

Plaintiffs wholly exhausted their financial resources when they paid the filing and therefore the named Plaintiffs have not and do not possess the means to contribute and fund the expenses necessary to retain Legal Counsel in this very complicated and complex suit nor to gather and retain expert witnesses whom will verify the Constitutional violations the Defendants force upon the inmates at the Luther Unit.

Because of the named Plaintiffs financial status as shown in the attached In Forma Pauperis data sheets, Plaintiffs respectfully request the Court to allow them to proceed In Forma Pauperis in the litigation from this point forward.

The Plaintiffs have filed a request, which has not yet been considered by the Court, requesting Class Certification and appointment of Class Counsel. Doc 30, and Doc. 31.

Plaintiffs present for the Court's consideration their individual In Forma Pauperis data sheet and six-month TDCJ Trust Fund Financial Statements.

Attachment A – John Sain

Attachment B – Salvador Capuchino

Attachment C – David Cummings

Attachment D – Phillip Gullett

Attachment E – David Wilson

## RELIEF REQUESTED

Based upon their incarceration and inability to pay cost the Plaintiffs request the Court to allow them to Proceed In Forma Pauperis.

## PRAYER

Premises considered, Plaintiffs pray that this Honorable Court having found good cause will grant Plaintiffs' Motion and any additional relief the Court my deem appropriate in order that they may be able to effectively redress their Constitutional claims.

Direct the Clerk to provide a copy of the Court's Order to all parties.

Respectfully Submitted,

Dated: September 23, 2019

## CERTIFICATE OF CONFERENCE

Whereby their signatures below, Plaintiffs do hereby certify/declare that a conference is not possible because Plaintiffs are incarcerated in Texas Department of Criminal Justice, Institutional Division, and are proceeding Pro Se in this cause.  Plaintiffs will not speculate on whether the Defendants oppose this motion.


## CERTIFICATE OF SERVICE

Whereby their signatures below, Plaintiffs do hereby certify/declare that true and correct copies of the foregoing document was forwarded via U.S. First Class Mail, postage pre-paid, to the following parties:

a.  Bryan Collier
    TDCJ Executive Director
    Texas Department of Criminal Justice

b.  James McKee
    Warden
    O.L Luther Unit (P2)

c.  Texas Department of Criminal Justice
    c/o Bryan Collier
    TDCJ Executive Director

Service was perfected to the above Defendants through their Attorneys of Record for Service:

**Todd Disher**
Attorney In Charge
Office of Attorney General of Texas
209 W 14th, 8th Floor
Austin, TX 78701

**Leah Jean O'Leary**
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

## CERTIFICATE OF MAILING

Whereby their signatures below, Plaintiffs do hereby certify/declare that the foregoing document was delivered to the United States Post Office for processing (U.S. First Class postage, pre-paid).

Pursuant to Fed. R. App. P. Rule 25 (a)(2)(A)(iii), "Mailbox Rule," Pro se documents filed at the time they are placed in the institutional mailing system for processing.

## INMATE DECLARATION

We, the Plaintiffs listed below, being over 18 years of age, of sound mind, capable of making this declaration due to the facts that we: suffer from and/or experience(d) one or more of the conditions described; attended consultations with qualified medical and other professionals; having been trained by medical personnel to recognize and treat complications due to illness/heat/cold; having studied materials listed under Fed. R. Civ. P. Rule 902; through our personal observations; and due to belief and empirical knowledge that the facts stated above; pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct from personal knowledge.

Executed on September 23 , 2019

JOHN SAIN, Pro Se
TDCJ ID# 01373168
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

SALVADOR CAPUCHINO, Pro Se
TDCJ ID# 01675667
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

DAVID CUMMINGS, Pro Se
TDCJ ID# 02153663
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

PHILLIP GULLETT, Pro Se
TDCJ ID# 01672020
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

DAVID WILSON, Pro Se
TDCJ ID# 01648044
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | | |
|---|---|---|---|
| JOHN SAIN, et al., | | § | |
| | | § | CIVIL ACTION NO. |
| | Plaintiffs, | § | 4:18-cv-04412 |
| v. | | § | |
| | | § | |
| BRYAN COLLIER, et al., | | § | |
| | | § | |
| | Defendants. | § | |

**ORDER TO PROCEED IN FORMA PAUPERIS**

On this date, the Court considered the Plaintiffs' Motion to Proceed In Forma Pauperis.  Having considered the Motion, its attachments, all applicable law, and the disposition of the Case of the Court **GRANTS** the motion as follows:

As for the Proceeding In Forma Pauperis the Court Orders:

| | | |
|---|---|---|
| John Sain | GRANTED _____ | DENIED _____ |
| Salvador Capuchino | GRANTED _____ | DENIED _____ |
| David Cummings | GRANTED _____ | DENIED _____ |
| Phillip Gullett | GRANTED _____ | DENIED _____ |
| David Wilson | GRANTED _____ | DENIED _____ |

And for the Clerk to provide service to each party, a copy of this Court's signed order.

IT IS SO ORDERED

Date:_____, 2019
Houston, Texas

_____

HONORABLE JUDGE SIM LAKE

# Attachment
# A

# In Forma Pauperis

# John Sain

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| JOHN SAIN, Pro Se, TDCJ ID# 01373168 | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No.   4:18-cv-04412 |
| BRYAN COLLIER, JAMES MCKEE, TDCJ | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ___O.L. Luther Unit (P2) 1800 Luther Dr. Navasota, TX 77868-4714___ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

N/A

My gross pay or wages are:  $ ___Ø___ , and my take-home pay or wages are:  $ ___Ø___ per
*(specify pay period)* ___Ø___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☒ Yes | ☐ No |
| (e) Gifts, or inheritances | ☒ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

(d) VA SERVICE CONNECTED DISABILITY PAYMENT : $140 PER MONTH

(e) GIFT, MONTHLY, FROM PARENTS FOR HYGIENE, CLOTHING, FOOD, SUPPLIES, PHONE, $135 PER MONTH

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ *0* .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

*None*

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

*Food: 125*
*Clothing: 6*
*Telephone: 75*
*Medical: 13*
*Postage/Supplies: 56*
*£275 per month*

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

*None*

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*None*

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: *19 Sept 2019*

_____
Applicant's signature

_____
Printed name
*John Sain*

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          09/20/19
1AD5/SC00255              IN-FORMA-PAUPERIS DATA                    15:35:39
TDCJ#: 01373168 SID#: 07210674 LOCATION: LUTHER          INDIGENT DTE:
NAME: SAIN,JOHN RAY                    BEGINNING PERIOD: 03/01/19
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       186.91 TOT HOLD AMT:        0.00 3MTH TOT DEP:       825.00
6MTH DEP:        1,650.00 6MTH AVG BAL:       227.74 6MTH AVG DEP:       275.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/19    278.66         275.00         05/19    328.79          275.00
07/19    284.69         275.00         04/19    720.54          275.00
06/19    304.07         275.00         03/19    477.58          275.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Grimes*
ON THIS THE *20th* DAY OF *September 2019* I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



NOTARY PUBLIC STATE OF TEXAS

Christina D. Spillars
ID# 13205739-8
Notary Public, State of Texas
My Commission Expires
06/18/2023
Notary Without Bond

# Attachment
# B

# In Forma Pauperis

# Salvador Capuchino

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| SALVADOR CAPUCHINO, Pro Se TDCJ ID 01675667 | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )    Civil Action No.   4:18-cv-04412 |
| BRYAN COLLIER, JAMES MCKEE, TDCJ | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:   O.L. Luther Unit (P2) 1800 Luther Dr. Navasota, TX 77868-4714   . If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $   0   , and my take-home pay or wages are:  $   0   per

*(specify pay period)*   N/A   .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

VA Disability Compensation  $140.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _Ø_____.

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: Ø

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: FOOD — 77
CLOTHING — 10
MEDICAL — 13
POSTAGE / STATIONARY — 40

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: Ø

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Ø

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  9-20-19

_____
*Applicant's signature*

SALVADOR CAPUCHINO
_____
*Printed name*

```
·CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           09/20/19
1AD5/SC00255                 IN-FORMA-PAUPERIS DATA                   15:41:40
TDCJ#: 01675667 SID#: 06029054 LOCATION: LUTHER          INDIGENT DTE: 09/19/19
NAME: CAPUCHINO,SALVADOR HERNANDEZ      BEGINNING PERIOD: 03/01/19
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:      0.89 TOT HOLD AMT:      0.00 3MTH TOT DEP:       420.15
6MTH DEP:       840.30 6MTH AVG BAL:      45.43 6MTH AVG DEP:       140.05
```

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|-------|-----------------|----------------|-------|-----------------|----------------|
| 08/19 | 140.84 | 140.05 | 05/19 | 140.64 | 140.05 |
| 07/19 | 141.79 | 140.05 | 04/19 | 194.59 | 140.05 |
| 06/19 | 143.84 | 140.05 | 03/19 | 140.64 | 140.05 |

```
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Grimes
ON THIS THE 20th DAY OF September 2019 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:

PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Christina D. Spillars
ID# 13205739-8
Notary Public, State of Texas
My Commission Expires
06/16/2023
Notary Without Bond

# Attachment
# C

# In Forma Pauperis

# David Cummings

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| DAVID CUMMINGS , Pro Se TDCJ ID# 02153663 | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )     Civil Action No.   4:18-cv-04412 |
| BRYAN COLLIER, JAMES MCKEE, TDCJ | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:   O.L. Luther Unit (P2) 1800 Luther Dr. Navasota, TX 77868-4714 . If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ ⊖ , and my take-home pay or wages are:  $ ⊖ per

(specify pay period) ⊖ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Gift from 2 friends To maintaine my Hygiene.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____0_____.

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N|A

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

food = 75.00
phone = 50.00
Clothes = 0.00
130.00

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N 0

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 20 Sept 2019

_____
*Applicant's signature*

DAvid Cummings
_____
*Printed name*

```
CSINIB02/CINIB02       TEXAS DEPARTMENT OF CRIMINAL JUSTICE          09/20/19
1AD5/SC00255               IN-FORMA-PAUPERIS DATA                    15:40:29
TDCJ#: 02153663 SID#: 05189743 LOCATION: LUTHER         INDIGENT DTE: 09/17/19
NAME: CUMMINGS,DAVID WAYNE          BEGINNING PERIOD: 03/01/19
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       1.68 TOT HOLD AMT:       0.00 3MTH TOT DEP:       420.00
6MTH DEP:        780.00 6MTH AVG BAL:      81.86 6MTH AVG DEP:       130.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/19    137.68          70.00          05/19     80.53          100.00
07/19    130.98         150.00          04/19    145.33          150.00
06/19    182.33         200.00          03/19    182.58          110.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF ARMES
ON THIS THE 20TH DAY OF September 2019 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



Christina D. Spillers
ID# 13205739-8
Notary Public, State of Texas
My Commission Expires
06/18/2023
Notary Without Bond

# Attachment
# E


# In Forma Pauperis


# David Wilson

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | | |
|---|---|---|
| DAVID WILSON, Pro Se TDCJ ID# 01648044 | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No.   4:18-cv-04412 |
| BRYAN COLLIER, JAMES MCKEE, TDCJ | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:   O.L. Luther Unit (P2) 1800 Luther Dr. Navasota, TX 77868-4714   .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are: N/A

My gross pay or wages are:  $ N/A , and my take-home pay or wages are:  $ N/A per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ❏ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ❏ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ❏ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ❏ Yes | ☑ No |
| (e) Gifts, or inheritances | ❏ Yes | ☑ No |
| (f) Any other sources | ❏ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ 0 0 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NONE

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: Sept. 19, 2019

David Wilson

*Applicant's signature*

David Wilson

*Printed name*

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           09/20/19
1AD5/SC00255                  IN-FORMA-PAUPERIS DATA                 15:39:36
TDCJ#: 01648044 SID#: 04014010 LOCATION: LUTHER        INDIGENT DTE: 06/22/16
NAME: WILSON,DAVID LEE                     BEGINNING PERIOD: 03/01/19
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:       40.00
6MTH DEP:          40.00 6MTH AVG BAL:        0.00 6MTH AVG DEP:        6.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/19      40.00            40.00       05/19      0.00            0.00
07/19       0.00             0.00       04/19      0.00            0.00
06/19       0.00             0.00       03/19      0.00            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Grimes_
ON THIS THE _20th_ DAY OF _September 2019_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED ON THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG _[signature]_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____

Christina D. Spillars
ID# 13205739-3
Notary Public, State of Texas
My Commission Expires
06/10/2023
Notary Without Bond

John Sam 01373168
1800 Luther Dr.
Navasota, Tx 77868-4714

CLERK OF COURTS
515 Rusk St., Rm 11535
Houston, Tx 77002

United States Courts
Southern District of Texas
F I L E D

SEP 27 2019

David J. Bradley, Clerk of Court



