UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § | |
| | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-04412 |
| v. | § | |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER TO APPEAL IN FORMA PAUPERIS**

On this date, the Court considered the Plaintiffs' Motion to Appeal In Forma Pauperis. Having considered the Motion, its attachments, all applicable law, and the disposition of the Case of the Court **GRANTS** the motion as follows:

As for the Proceeding In Forma Pauperis the Court Orders:

| | | |
|---|---|---|
| John Sain | GRANTED _____ | DENIED _____ |
| David Cummings | GRANTED _____ | DENIED _____ |
| Phillip Gullett | GRANTED _____ | DENIED _____ |
| David Wilson | GRANTED _____ | DENIED _____ |

And for the Clerk to provide service to each party, a copy of this Court's signed order.

IT IS SO ORDERED

Date:_____, 2019
Houston, Texas

HONORABLE JUDGE SIM LAKE