JOHN SAIN, Pro Se
TDCJ ID #01373168
O.L. Luther Unit(P2)
1800 Luther Dr.
Navasota, Tx 77868-4714

September 27, 2019

Clerk of Courts
P.O. Box 61010
Houston, TX 77208

Re: Civil Action No. 4:18-cv-04412,
    ADDRESS CHANGE FOR PLAINTIFF THYEE MCGRUDER

Dear Clerk,
   In responce to Documents 83, 84, 85, 108, 116, 121, and 122, mail returned for Plaintiff Thyee McGruder, I am providing his updated address with the request that your office:
1) Update the Courts Docket with this new address;
2) Prepare and re-mail to him copies of the previously returned documents: and
His new address is:
   THYEE MCGRUDER
   6020 OAKLAND BEND DR., APT. 139
   FT. WORTH, TX 76112
   (682) 301-3523

Thank you for your assistance.

For questions and immediate assistance, please contact Tim Sain at (817) 307-9087 or via email at t.sain@yahoo.com.

RESPECTFULLY,

*John Sain*
JOHN SAIN

United States Courts
Southern District of Texas
FILED

OCT 03 2019

David J. Bradley, Clerk of Court

John Sain 01373168
1800 Luther Dr
Navasota, Tx 77868-4714

4:18-cv-04412
Special

United States Courts
Southern District of Texas
FILED
OCT 03 2019
David J. Bradley, Clerk of Court

77208-101010

Clerk of Courts
P.O. Box 61010
Houston, Tx 77208