JOHN SAIN, Pro Se
TDCJ ID#01373168
O.L. Luther Unit(P2)
1800 Luther Dr.
Navasota, TX 77868-4714

September 30, 2019

| Clerk of Courts | or | Clerk of Courts |
| --- | --- | --- |
| 515 Rusk Street | | P.O. Box 61010 |
| Houston, TX 77002 | | Houston, TX 77208 |

Re: Civil Action No.4:18-cv-04412

Style: <u>Plaintiffs' Motion</u>

Dear Clerk,

Please find included and file the below:

> Plaintiff' SUPPLEMENTAL MOTION REQUESTING LEAVE OF COURT
> TO PROCEED IN FORMA PAUPERIS

Please bring these filings to the attention of the Court for a hearing and rulings.

Thank you for your assistance filing and initiating this Motion.

For questions and immediate assistance filing, please phone Tim Sain@(817) 307-9087 or @T.Sain@yahoo.com

I can be contacated at the address listed above.

Respectfully,

*/s/ John Sain*

JOHN SAIN, Pro Se