John Sain 01373168
1800 Lutner Dr
Navasota, Tx 77868-4714





United States Courts
Southern District of Texas
FILED

OCT 07 2019

David J. Bradley, Clerk of Court

Clerk of Courts
515 Rusk St., Rm 11535
Houston, Tx 77002