UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-04412 |
| v. | § § | |
| BRYAN COLLIER, et al., | § § | |
| Defendants. | § § | |

## ORDER TO APPEAL IN FORMA PAUPERIS

On this date, the Court considered the Plaintiffs' Motion to Appeal In Forma Pauperis. Having considered the Motion, its attachments, all applicable law, and the disposition of the Case of the Court **GRANTS** the motion as follows:

As for the Proceeding In Forma Pauperis the Court Orders:

Phillip Gullett                GRANTED _____ DENIED _____

And for the Clerk to provide service to each party, a copy of this Court's signed order.

IT IS SO ORDERED

Date:_____, 2019
Houston, Texas

                                        _____
                                        HONORABLE JUDGE SIM LAKE