United States District Court
Southern District of Texas
**ENTERED**
October 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-18-4412 |
| | § | APPEAL NO. 19-20695 |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING SUPPLEMENTAL APPLICATION TO PROCEED IN FORMA PAUPERIS

On October 8, 2019, the court entered an Order Granting Applications to Proceed In Forma Pauperis by several of the plaintiffs in this prisoner civil rights action (Docket Entry No. 131). Now pending is Plaintiffs' Supplemental Motion Requesting Leave of Court to Appeal In Forma Pauperis on behalf of Phillip Gullett, who seeks leave to proceed as a pauper for purposes of his pending appeal and "in the litigation from this point forward" (Docket Entry No. 129, p. 2). In anticipation of the documentation that Gullett provides in support of his request, the court has already granted him leave to proceed in forma pauperis on appeal and entered a collection order for the appellate docketing fee (Docket Entry No. 131, pp. 2, 5-6).

Because Gullett's documentation is sufficient to establish

that he is indigent, it is **ORDERED** that Plaintiffs' Supplemental Motion Requesting Leave of Court to Appeal In Forma Pauperis (Docket Entry No. 129) is **GRANTED**.

The clerk will provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 10th day of Oct., 2019.

                                                                   _____
                                                                                       SIM LAKE
                                                             SENIOR UNITED STATES DISTRICT JUDGE