**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court **Southern District - Houston**    District Court Docket No. **4:18-cv-04412**

Short Case Title **John Sain et al v Bryan Collier et al**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court **September 30, 2019**    Court of Appeals No. _____

*[Stamp: United States Southern District Courts, FILED OCT 22 2019, David J. Bradley, Clerk of Court]*

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☒ No hearings   ☐ Transcript is unnecessary for appeal purposes   ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____   ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____    ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____    ☐ Jury Instructions _____    ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. **Method of Payment:**
☐ Private Funds;    ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment Waived by Reporter;    ☐ U.S. Government Funds

☐ Other _____

Signature **John Sain + see attached sig pages**    Date Transcript Ordered _____
Print Name **John Sain**    Phone **817-307-9087**
Counsel for **Pro Se**
Address **1800 Luther Dr, Navasota, TX 77868-4714**
Email ~~of Attorney:~~ **T.Sain@yahoo.com    For Assistance**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____    Signature of Reporter _____    Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____    Signature of Reporter _____

JOHN SAIN, Pro Se                              _/s/ John Sain_____
TDCJ ID# 01373168
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

DAVID CUMMINGS, Pro Se                         _/s/ David Cummings_____
TDCJ ID# 02153663
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

PHILLIP GULLETT, Pro Se                        _/s/ Phillip Gullett_____
TDCJ ID# 01672020
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

DAVID WILSON, Pro Se                           _/s/ David Wilson_____
TDCJ ID# 01648044
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714