John Sain, Pro Se 01373168
1800 Luther Dr.
Navasota, Tx 77868-4714

RECEIVED
OCT 22 2019
U.S. Probation Office
Houston, Texas

October 7, 2019

In Re: John Sain, et al v. Bryan Collier et al.
4:18-cv-04412

Clerk of Courts
P.O. Box 61207
Houston, Tx 77208-1207

United States Courts
Southern District of Texas
FILED
OCT 22 2019
David J. Bradley, Clerk of Court

Dear Clerk,

Please find the following:
1) Transcript Order Form (DKT-13) w/ signature page - 2 copies
   a) Per instruction #4 - 1 copy for the District Court
   b) Per instruction #5 - 1 copy to the U.S. Court of Appeals
   I am assuming (b) will be handled by your office, if not please forward to that court or return to my attention with instructions for proper filing. Please file these forms as required.
2) 5th Circuit Rule 28 I.O.P - Miscellaneous Brief Info (b) and (c)
   Please provide all examples, sample briefs, and checklists that can assist us in the assembly of our brief to court standards.

If assistance is needed or postage, contact Tim Sain at 817-307-9087 or T.Sain@yahoo.com.

Thank you for your assistance.

Regards,
John Sain
(John Sain)

J Sain 1373168
Townsain 1373168
800 Luther Dr
Navasota, Tx 77868-4714

4:18-cv-04412

Special Mail

CIVIL COURT CLERK

RECEIVED
OCT 22 2019
U.S. Probation Office
Houston, Texas

NORTH HOUSTON TX
03 OCT 2019 PM 4 L

Clerk of Courts
P.O. Box 61207
Houston Tx 77208-1207

77208-120707

United States Courts
Southern District of Texas
FILED
OCT 22 2019
David J. Bradley, Clerk of Court