UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION



| | | |
|---|---|---|
| JOHN SAIN, et al., | § § § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-04412 |
| v. | § § | |
| BRYAN COLLIER, et al., | § § | |
| Defendants. | § | |

**PLAINTIFFS REQUEST FOR LEAVE OF COURT TO PROCEED WITH THEIR APPEAL USING THE ORIGINAL RECORD**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs now come requesting leave of Court to use the original record docketed from the above styled and numbered case.

Plaintiffs filed their Motion To Proceed In Forma Pauperis (IFP) in the District Court, Doc. 124, on September 30, 2019.

Plaintiffs filed their Notice Of Appeal with the District Clerk, Doc. 126, on September 30, 2019.

Plaintiffs mailed to the Clerk of Courts and all parties, Transcript Order Form (DKT-13) signifying no hearing had taken place, hence no known transcripts were required, on October 7, 2019. (To be docketed).

Plaintiffs request, following the Court's grant to proceed IFP, that they be allowed to utilize: Fed. R. App. P. Rule 24 (c), Leave To Use Original Record which states, "A party allowed to proceed IFP may request that the appeal be heard on the original record without reproducing any part."

## PRAYER

Plaintiffs pray the Court **GRANT** their request to utilize the original record in their appeal to the 5th Circuit Court of Appeals.

Respectfully Submitted,

Dated: October 21, 2019

## CERTIFICATE OF CONFERENCE

      Whereby their signatures below, Plaintiffs do hereby certify/declare that a conference is not possible because Plaintiffs are incarcerated in Texas Department of Criminal Justice, Institutional Division, and are proceeding Pro Se in this cause. Plaintiffs will not speculate on whether the Defendants oppose this motion.

## CERTIFICATE OF SERVICE

      Whereby their signatures below, Plaintiffs do hereby certify/declare that true and correct copies of the foregoing document was forwarded via U.S. First Class Mail, postage pre-paid, to the following parties:

a. Bryan Collier
   TDCJ Executive Director
   Texas Department of Criminal Justice

b. James McKee
   Warden
   O.L Luther Unit (P2)

c. Texas Department of Criminal Justice
   c/o Bryan Collier
   TDCJ Executive Director

Service was perfected to the above Defendants through their Attorneys of Record for Service:

**Todd Disher**
Attorney In Charge
Office of Attorney General of Texas
209 W 14th, 8th Floor
Austin, TX 78701

**Leah Jean O'Leary**
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

## CERTIFICATE OF MAILING

Whereby their signatures below, Plaintiffs do hereby certify/declare that the foregoing document was delivered to the United States Post Office for processing (U.S. First Class postage, pre-paid).

Pursuant to Fed. R. App. P. Rule 25 (a)(2)(A)(iii), "Mailbox Rule," Pro se documents filed at the time they are placed in the institutional mailing system for processing.

## INMATE DECLARATION

We, the Plaintiffs listed below, being over 18 years of age, of sound mind, capable of making this declaration due to the facts that we: suffer from and/or experience(d) one or more of the conditions described; attended consultations with qualified medical and other professionals; having been trained by medical personnel to recognize and treat complications due to illness/heat/cold; having studied materials listed under Fed. R. Civ. P. Rule 902; through our personal observations; and due to belief and empirical knowledge that the facts stated above; pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct from personal knowledge.

Executed on October 21, 2019

JOHN SAIN, Pro Se
TDCJ ID# 01373168
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

*/s/ John Sain*

DAVID CUMMINGS, Pro Se
TDCJ ID# 02153663
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

*/s/ David Cummings*

PHILLIP GULLETT, Pro Se
TDCJ ID# 01672020
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

*/s/ Phillip Gullett*

DAVID WILSON, Pro Se
TDCJ ID# 01648044
O.L. Luther Unit (P2)
1800 Luther Dr.
Navasota, TX 77868-4714

*/s/ David Wilson*