UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-cv-04412 |
| v. | § § | |
| BRYAN COLLIER, et al., | § § § | |
| Defendants. | § | |

## PLAINTIFFS REQUEST FOR LEAVE OF COURT TO PROCEED WITH THEIR APPEAL USING THE ORIGINAL RECORD

On this date, the Court considered the Plaintiffs' Request For Leave Of Court To Proceed With Their Appeal Using The Original Record. Having considered the Motion, all applicable law, and the disposition of the Case, the Court **GRANTS** the motion as follows:

Plaintiffs request to utilize the original records in their Appeal per Fed. R. App. P. Rule 24(c) is **GRANTED**.

And for the Clerk to provide service to each party, a copy of this Court's signed order.

IT IS SO ORDERED

Date:_____, 2019
Houston, Texas

_____

HONORABLE JUDGE SIM LAKE