UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-04412 |
| v. | § § | |
| BRYAN COLLIER, et al., | § § | |
| Defendants. | § § | |

**MOTION REQUESTING APPOINTMENT OF COUNSEL, WITH APPENDIX AND ORDER**

The Court has considered the above-named Plaintiffs' individually and on behalf of those similarly situated requesting that this Court, pursuant to Fed. R. Civ. P., Rule 23(c)(1)(B) and Rule 23(g)(1), to appoint Counsel to represent the Plaintiffs, or in the alternative, pursuant to Fed. R. Civ. P., Rule 23(g)(3), appoint Interim Counsel.

1. The Court appoints the _____ Law Firm, as counsel for the classes. The Court appoints _____ as lead counsel.

And/Or

2. The Court appoints the _____ Law Firm, as interim counsel for the classes. The Court appoints _____ as lead interim counsel.

And for the Clerk to provide service to each party, a copy of this Court's signed order.

IT IS SO ORDERED

Date:_____, 2019
Houston, Texas

_____
HONORABLE JUDGE SIM LAKE