IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN SAIN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-18-4412 |
| § | |
| BRYAN COLLIER, et al., § | APPEAL NO. 19-20695 |
| § | |
| Defendants. § | |

### ORDER

On September 23, 2019, Plaintiffs John Sain, David Cummings, Phillip Gullett, and David Wilson filed a Notice of Appeal from a Memorandum Opinion and Order entered on August 30, 2019 (Docket Entry No. 126, p. 2). The plaintiffs have been granted leave to proceed in forma pauperis and they have now filed Plaintiffs Request for Leave of Court to Proceed With Their Appeal Using the Original Record (Docket Entry No. 134). It is **ORDERED** that the plaintiffs' request is **GRANTED**.

**The Clerk will send a copy of this Order to the parties.**

**SIGNED** at Houston, Texas, on this 29th day of October, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE