IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| *v.* | ) | Case No. 4:18-cv-04412 |
| | ) | |
| BRYAN COLLIER, *et al,* | ) | |
| | ) | |
| *Defendants,* | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' REMAINING CLAIM AS MOOT**

# EXHIBIT A

## DECLARATION OF JOHN WERNER

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated. My name is John Werner, and I am the Deputy Director of the Correctional Institutions Division, Support Operations, of the Texas Department of Criminal Justice (TDCJ). I am executing this declaration as part of my assigned duties and responsibilities.

"On October 30, 2019, the following TDCJ offenders received housing reassignments and were transferred to the Pack unit located in Navasota, Texas:

> David Wilson – TDCJ No. 01648044
> David Cummings – TDCJ No. 02153663
> Jerry Smith – TDCJ No. 02171841
> John Sain – TDCJ No. 01373168
> Salvador Capuchino – TDCJ No. 01675667

Phillip Gullett, TDCJ No. 01672020, is currently receiving medical care in a non-TDCJ medical facility. Upon his return to a TDCJ facility, he will be assigned to air-conditioned housing. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the 4th day of November, 2019.

*[signature]*

John Werner
Deputy Director
Correctional Institutions Division
Texas Department of Criminal Justice