IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| *v.* | ) | Case No. 4:18-cv-04412 |
| | ) | |
| BRYAN COLLIER, *et al,* | ) | |
| | ) | |
| *Defendants,* | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' REMAINING CLAIM AS MOOT**

# EXHIBIT B

## DECLARATION OF JOHN WERNER

"I am over 21 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated. My name is John Werner, and I am the Deputy Director of the Correctional Institutions Division, Support Operations, of the Texas Department of Criminal Justice (TDCJ). I am executing this declaration as part of my assigned duties and responsibilities.

"On November 6, 2019, offender Phillip Gullett, TDCJ No. 01672020, was released from a non-TDCJ medical facility, where he had been receiving medical care, and returned to TDCJ's custody. Mr. Gullett is now housed in the air-conditioned infirmary at the TDCJ's Pack Unit, located in Navasota, Texas. I declare under penalty of perjury that the foregoing is true and correct."

Executed in Walker County, State of Texas, on the 6th day of November, 2019.

John Werner
Deputy Director
Correctional Institutions Division
Texas Department of Criminal Justice