IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN SAIN, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 4:18-cv-04412 |
| | ) |
| BRYAN COLLIER, *et al,* | ) |
| | ) |
| *Defendants,* | ) |
| | ) |

## FINAL JUDGMENT

Before the Court is the Defendants' Motion to Dismiss Plaintiffs' Remaining Claim. After considering the briefing on the matter, the evidence properly before the Court, and the applicable law, the Court rules that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the Plaintiffs' remaining claim is DISMISSED and that Plaintiffs TAKE NOTHING against the Defendants or any other current or former defendant or party to this case.

Any pending request for relief not granted herein is DENIED. This is a final judgment disposing of all claims against all parties.

SIGNED on this the _____ day of _____, 2019.

_____
Hon. Sim Lake,
U.S. District Court Judge