IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN SAIN, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 4:18-cv-04412 |
| | ) |
| BRYAN COLLIER, *et al,* | ) |
| | ) |
| *Defendants,* | ) |
| | ) |

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' REQUEST TO APPOINT COUNSEL**

1.      Plaintiffs Wilson, Cummings, Smith, Sain, and Gullett, as well as Mr. Capuchino[1], have been reassigned to the Pack Unit. *See* Defs.' Mot. to Dismiss [ECF No. 141]. As a result, the remaining Defendants have provided Plaintiffs with their requested relief—air-conditioning and heat mitigation measures equal to those at the Pack Unit. And Plaintiffs cannot now maintain claims related to conditions at the Luther Unit. There is no further relief for the Court to order.

2.      The Court has repeatedly denied Plaintiffs' prior requests for appointment of counsel. *See* Nov. 26, 2018 Order [ECF No. 7]; April 29, 2019 Order [ECF No. 67]; Mem. Op. & Order [ECF No. 120]. Plaintiffs' claims are now moot. They do not need counsel to seek any relief from this Court. Defendants respectfully request that the Court denies Plaintiffs' motion to appoint counsel.

---

[1] Salvador Capuchino is not a plaintiff in this action. The Court denied the Plaintiffs' motion to add him as a party. ECF No. 120 ¶ 3. Mr. Capuchino, however,

Respectfully Submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN BANGERT**
Deputy Attorney General for Legal
Counsel

**DARREN L. MCCARTY**
Deputy Attorney General for Civil
Litigation

*/s/ Todd Lawrence Disher*
**TODD LAWRENCE DISHER**
*Attorney-in-Charge*
Trial Counsel for Civil Litigation
Tx. State Bar No. 24081854
Southern District of Texas No. 2985472
Tel.: (512) 463-2100; Fax: (512) 936-0545
todd.disher@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

**LEAH J. O'LEARY**
Deputy Chief, Law Enforcement Defense
Division
Texas Bar No. 24079074
Southern District of Texas No. 1563191

**JEANINE M. COGGESHALL**
Assistant Attorney General
Law Enforcement Defense Division
Texas State Bar No. 24083162
Southern District of Texas No. 2563655

**COUNSEL FOR DEFENDANTS**

has also been reassigned to live at the Pack Unit.

## NOTICE OF ELECTRONIC FILING

I certify that I electronically submitted for filing a true and correct copy of this document in accordance with the Electronic Case Files system of the Southern District of Texas, on November 18, 2019.

*/s/ Todd Lawrence Disher*
**TODD LAWRENCE DISHER**
Attorney-in-Charge

## CERTIFICATE OF CONFERENCE

Due to the pro se status of the remaining Plaintiffs and their incarceration at the Pack Unit, conference was not practicable before filing this response.

*/s/ Todd Lawrence Disher*
**TODD LAWRENCE DISHER**
Attorney-in-Charge

## CERTIFICATE OF SERVICE

I certify that I mailed a true and correct copy of this document via United States Postal Service, certified mail, return receipt requested, on November 18, 2019, addressed to:

John Sain, TDCJ # 1373168
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

David Wilson, TDCJ No 01648044
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

David Cummings, TDCJ No 02153663
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

Salvador Capuchino, TDCJ No. 01675667
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

Phillip Gullett, TDCJ No 01672020
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, Texas 77868

*/s/ Todd Lawrence Disher*
**TODD LAWRENCE DISHER**
Attorney-in-Charge

4