IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN SAIN, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 4:18-cv-04412 |
| | ) |
| BRYAN COLLIER, *et al,* | ) |
| | ) |
| *Defendants,* | ) |
| | ) |

**ORDER DENYING MOTION REQUESTING APPOINTMENT OF COUNSEL**

On this day came before the Court Plaintiffs' Motion Requesting Appointment of Counsel [ECF No. 135]. After considering the Motion, any responses and replies, and all other matters properly before the Court, the Court is of the opinion that the Motion should be DENIED. It is, therefore,

ORDERED that Plaintiffs' Motion Requesting Appointment of Counsel is DENIED.

Signed on _____, 2019

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE