John Sain, Pro se
TDCJ-ID #01373168
Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868



NOV 13 2019

David J. Bradley, Clerk of Court

November 7, 2019

Re: John Sain et al v Bryan Collier
4:18-cv-04412
USCA 19-20695

Clerk of Courts
515 Rusk St. Rm 5401
Houston, Texas 77002

Dear Clerk,

　　Defendants in the above numbered cases have relocated a named Plaintiff.
　　Please update the Courts Docket and records as needed to indicate Phillip Gullet's address;

> Phillip Gullet, Pro se
> TDCJ-ID #01672020
> Pack Unit
> 2400 Wallace Pack Rd.
> Navasota, Texas 77868

　　Thank you for your prompt attention. if any further info is required, please contact me at the above address or Tim Sain at 817-307-9087 or at T.Sain@yahoo.com.

Regards,

John Sain

Dolo Sain 01373168
Pack (P1)
2400 Wallace Pack Dr.
Navasota, Tx 77868

4:18-cv-04412
USCA 19-20695
Special Mail

Clerk of Courts
P.O. Box 61010
Houston, Tx 77208-1010

77208=101010

NOV 13 2019
David J. Bradley, Clerk of Court