UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:18-cv-04412 |
| v. | § § | |
| BRYAN COLLIER, et al., | § § | |
| Defendants. | § § | |

## ORDER GRANTING EXTENSION OF TIME

The Plaintiffs have filed a motion for extension of time until January 6, 2020 to respond to Doc. 120, Doc. 138, Doc. 140, Doc. 141, and Doc. 143. It is **ORDERED** that the Plaintiffs' motion for extension of time (Docket Entry____) is **GRANTED**.

The Clerk will provide a copy of this ORDER to the parties.

**SIGNED** at Houston, Texas, on this___day of_____, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE