JOHN SAIN, pro Se
TDCJ-ID# 01373168
Pack Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

United States Courts
Southern District of Texas
FILED

DEC 06 2019

David J. Bradley, Clerk of Court

November 28, 2019

| Clerk of Court | or | Clerk of Court |
| --- | --- | --- |
| 515 Rusk Street | | P.O. Box 61010 |
| Houston, TX 77002 | | Houston, TX 77208 |

Re: Civil Action No. 4;18-cv-04412; and USCA 19-20695

Dear Clerk,
Please find included and file below:

PLAINTIFFS MOTION FOR EXTENSION OF TIME & ORDER

Please bring this filing to the attention of the Court for hearing and ruling.

Thank you for your assistance filing and initiating this Motion. If any further info is required, please contact me at the above address or Tim Sain at 817-307-9087 or at T.Sain@yahoo.com.

Regards,

*John Sain*
John Sain