John Sain #01373168
Pack Unit
2400 Wallace Pack Rd.
Navasota, TX 77868-4567

SPECIAL MAIL

United States District Court
Houston Division
P.O. Box 61010
Houston, TX 77208-1010

FILED
United States Courts
Southern District of Texas
DEC 06 2019
David J. Bradley, Clerk of Court