IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:18-CV-4412

No. 19-20695

A True Copy
Certified order issued Jan 15, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

JOHN SAIN; DAVID CUMMINGS; PHILLIP GULLETT; DAVID WILSON,

    Plaintiffs – Appellants

v.

BRYAN COLLIER, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, in his official capacity; JAMES MCKEE, in his official capacity; TEXAS DEPARTMENT OF CRIMINAL JUSTICE; CORRECTIONAL MANAGED HEALTH CARE COMMITTEE; UNIVERSITY OF TEXAS MEDICAL BRANCH,

    Defendants – Appellees

United States Courts
Southern District of Texas
FILED

*January 15, 2020*

David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 15, 2020, for want of prosecution. The appellants failed to timely file their brief.

                                 LYLE W. CAYCE
                                 Clerk of the United States Court
                                 of Appeals for the Fifth Circuit

                                 */s/ Jann Wynne*

By: _____
Jann M. Wynne, Deputy Clerk

**ENTERED AT THE DIRECTION OF THE COURT**

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 15, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 19-20695    John Sain, et al v. Bryan Collier, Exct Dir, et al
                        USDC No. 4:18-CV-4412

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688

cc w/encl:
    Mr. David Cummings
    Ms. Rola Daaboul
    Mr. Matthew Hamilton Frederick
    Mr. Phillip Gullett
    Ms. Leah O'Leary
    Mr. John Sain
    Mr. David Wilson