United States District Court
Southern District of Texas
**ENTERED**
February 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAIN, et al., | § | |
| Plaintiffs, | § § § | |
| vs. | § § | CIVIL ACTION NO. H-18-4412 |
| BRYAN COLLIER, et al., | § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 28th day of February, 2020.

                                    _____
                                              SIM LAKE
                            SENIOR UNITED STATES DISTRICT JUDGE